IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:11-cv-006-FDW-DSC

C. STEVEN YATES,

    Plaintiff,

v.

MEDICAL SPECIALTIES, INC.,           ORDER

    Defendant.

**THIS MATTER** is before the Court on "Plaintiff's Motion for Leave to Conduct Early Written Discovery" (document #7); "Defendant's Response in Opposition ..." (document #8); and Plaintiff's "[Reply] Brief in Support ..." (document #11).

For the reasons stated in Defendant's brief, Plaintiff's Motion will be <u>denied</u>.

**NOW, THEREFORE, IT IS ORDERED:**

1. "Plaintiff's Motion for Leave to Conduct Early Written Discovery" (document #7) is **DENIED**.

2. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Frank D. Whitney</u>.

    **SO ORDERED.**         Signed: March 28, 2011

_____
David S. Cayer
United States Magistrate Judge