IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv6

| | |
|---|---|
| C. STEVEN YATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MEDICAL SPECIALTIES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the Joint Claim Construction and Prehearing Statement (#25) and the Claim Construction briefs filed by the respective parties. (#s 28, 29, 32, 33, & 34).[1] Having conducted an initial review of such pleadings, the court will calendar a Markman hearing for July 30, 2012, at 2 p.m.

**ORDER**

**IT IS, THEREFORE, ORDERED** that a Markman hearing is calendared for July 30, 2012, at 2 p.m.

Signed: May 29, 2012

Max O. Cogburn Jr.
United States District Judge

---

[1] Claim construction charts have not yet been filed.

-1-